**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Robert Jackson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-001497

———————

Appeal From Florence County
William H. Seals, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-389
Submitted September 1, 2022 – Filed October 26, 2022

———————

**APPEAL DISMISSED**

———————

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Assistant Attorney General D. Russell Barlow, II, of Columbia, for Respondent.

———————

**PER CURIAM:** Petitioner seeks a writ of certiorari from an order of the circuit court denying his application for post-conviction relief (PCR) but finding he was entitled to a belated review of his direct appeal issue pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974).

Because there is sufficient evidence to support the PCR court's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on Petitioner's Question 1 and proceed with a review of the direct appeal issue pursuant to the procedure set forth in *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).  We deny certiorari on Petitioner's Question 2.

After careful review of Petitioner's brief and the record pursuant to *Anders v. California*, 386 U.S. 738 (1967), we dismiss Petitioner's direct appeal.  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.